UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CHARLES VINCENT ASHFORD, | : | Case No. 3:23-cv-332 |
| | : | |
| Petitioner, | : | |
| | : | Judge Michael J. Newman |
| vs. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| WARDEN WARREN CORRECTIONAL INSTITUTION, | : | |
| | : | |
| Respondent. | : | |

## REPORT AND RECOMMENDATIONS

Plaintiff Charles Vincent Ashford, Jr. ("Plaintiff") filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on November 6, 2023.  Doc. No. 1.  On December 11, 2023, the Court ordered Petitioner to submit the $5.00 fee to the Clerk's Office or submit a request to proceed in forma pauperis ("IFP") within thirty days or the case would be recommended for dismissal for want of prosecution without further action (the "Order").  Doc. No. 3.  To date, Petitioner has not paid the filing fee, moved to proceed IFP, asked for an extension of time in which to do so, or otherwise responded to the Order, and the time to do so has passed.

**IT IS THEREFORE RECOMMENDED THAT** this case be **DISMISSED without prejudice** for failure to prosecute.

**IT IS SO RECOMMENDED**.


February 12, 2024                               */s/ Chelsey M. Vascura*
                                                Chelsey M. Vascura
                                                UNITED STATES MAGISTRATE JUDGE

## **PROCEDURE ON OBJECTIONS**

If any party objects to this *Report and Recommendation*, that party may, within fourteen days of the date of this Report, file and serve on all parties written objections to those specific proposed findings or recommendations to which objection is made, together with supporting authority for the objection(s).  A judge of this Court shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made. Upon proper objections, a judge of this Court may accept, reject, or modify, in whole or in part, the findings or recommendations made herein, may receive further evidence or may recommit this matter to the magistrate judge with instructions. 28 U.S.C. 636(B)(1).

The parties are specifically advised that failure to object to the *Report and Recommendation* will result in a waiver of the right to have the district judge review the *Report and Recommendation de novo,* and operates as a waiver of the right to appeal the decision of the District Court adopting the *Report and Recommendation*. *See Thomas v. Arn,* 474 U.S. 140 (1985);*United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).

The parties are further advised that, if they intend to file an appeal of any adverse decision, they may submit arguments in any objections filed, regarding whether a certificate of appealability should issue.