UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CHARLES VINCENT ASHFORD,

    Petitioner,

vs.

WARDEN, Warren Correctional Institution,

    Respondent.

Case No. 3:23-cv-332

District Judge Michael J. Newman
Magistrate Judge Chelsey M. Vascura

---

### ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (Doc. No. 4); (2) DISMISSING WITHOUT PREJUDICE THE PETITION FOR A WRIT OF HABEAS CORPUS (Doc. No. 1); (3) DENYING ANY REQUESTED CERTIFICATE OF APPEALABILITY AND CERTIFYING THAT AN APPEAL OF THIS ORDER WOULD BE OBJECTIVELY FRIVOLOUS; (4) AND TERMINATING THIS CASE ON THE DOCKET

---

The Court has reviewed the Report and Recommendation of Magistrate Judge Chelsey M. Vascura (Doc. No. 4), to whom this case was referred pursuant to 28 U.S.C. § 636(b).  Petitioner has not filed objections to the Report and Recommendation and the time for doing so under Fed. R. Civ. P. 72(b) has expired.  Upon careful review of the foregoing, the Court determines that the Report and Recommendation should be **ADOPTED**.  Accordingly, the petition is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.  Petitioner is **DENIED** any requested certificate of appealability, and the Court hereby **CERTIFIES** to the United States Court of Appeals for the Sixth Circuit that an appeal of this Order would be objectively frivolous and, therefore, Petitioner should not be permitted to proceed *in forma pauperis*.

    **IT IS SO ORDERED.**

    April 1, 2024                                 s/*Michael J. Newman*
                                                            Hon. Michael J. Newman
                                                             United States District Judge